**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6937**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LAWRENCE MCNEILL,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:12-cr-00269-D-1)

Submitted:  December 20, 2018                          Decided:  December 26, 2018

Before DIAZ and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lawrence McNeill, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence McNeill appeals the district court's order denying relief on his 18 U.S.C § 3582(c)(2) (2012) motion for a sentence reduction based on Amendment 782 to the United States Sentencing Guidelines. "We review a district court's decision to grant or deny a sentence-reduction motion under § 3582(c)(2) for abuse of discretion." *United States v. Peters*, 843 F.3d 572, 577 (4th Cir. 2016). Because our review of the record reveals no abuse of discretion, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*